568

THE PEOPLE *ex rel.* ROBERT BARBEE, Petitioner-Appellant, *v.* JOHN J. TWOMEY, Warden, Illinois State Penitentiary at Joliet, Respondent-Appellee.

(No. 57698; )

First District (2nd Division)—December 18, 1973.

PER CURIAM.
STAMOS, P. J., took no part.

No appearance for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago (Bernard Deeny, Assistant State's Attorney, of counsel), for appellee.